**Order entered December 11, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00430-CR

**DAVID CARL SWINGLE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 382nd Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 2-06-16**

## ORDER

The Court **GRANTS** the State's December 5, 2013 motion to extend time to file its brief.

We **ORDER** the State's brief received on December 5, 2013 filed as of the date of this order.

/s/    DAVID EVANS
           JUSTICE